# IN THE SUPREME COURT OF THE STATE OF NEVADA

LAUREN SEARS,
Appellant,

vs.

ADAM EIKLEBERRY,
Respondent.

No. 81882

FILED

NOV 10 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
CHIEF DEPUTY CLERK

## ORDER DISMISSING APPEAL

Pursuant to appellant's notice of withdrawal of appeal, this appeal is dismissed. *See* NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY:_____

cc:     Hon. Lisa M. Brown, District Judge, Family Court Division
        Isso & Associates Law Firm, PLLC
        Goulet Law, PLLC
        Eighth District Court Clerk

20-41053